UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>    Petitioner,<br>  vs.<br>TOM L. CAREY,<br><br>    Respondent. | Case No: C 98-03122 SBA (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

DATE: 3/9/10

*Saundra B. Armstrong*
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DANIELS,

        Plaintiff,

 v.

CARRY,

        Defendant.
_____/

Case Number: CV98-03122 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Daniels C05131
CSP-LAC
P.O. Box 8457
Lancaster, CA 93539-8457

Dated: March 10, 2010

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.98\Daniels3122.jud